No. 48079.—Protests 957050–G, etc., of N. Y. Merchandise Co., Inc. (New York).

Opinion by Tilson, J.   It was stipulated that the brass base shells in question are similar to those involved in *New York Merchandise Co., Inc.* v. *United States*

(8 Cust. Ct. 209, C. D. 607). The claim was sustained as to certain of the brass base shells in question, at 35 percent, under paragraph 353, and those entered for consumption or withdrawn from warehouse subsequent to the said trade agreement were held dutiable at 25 percent, as claimed.